NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WARNER CHILCOTT COMPANY, LLC,
WARNER CHILCOTT (US), LLC, and
MAYNE PHARMA INTERNATIONAL PTY. LTD.,**
*Plaintiffs-Appellants,*

**v.**

**IMPAX LABORATORIES, INC.,**
*Defendant-Cross Appellant,*

**and**

**MYLAN PHARMACEUTICALS INC. and MYLAN INC.,**
*Defendants-Cross Appellants,*

**and**

**SANDOZ, INC.,**
*Defendant.*

_____

2012-1376, -1377, -1378, -1440, -1441, -1442

_____

Appeals from the United States District Court for the District of New Jersey in Consolidated Case Nos. 08-CV-6304, 09-CV-1233, and 09-CV-2073, Judge William J. Martini.

_____

**JUDGMENT**

_____

DOMINICK A. CONDE, Fitzpatrick, Cella, Harper & Scinto, of New York, New York, argued for plaintiffs-appellants. With him on the brief were GREGORY B. SEPHTON, DIEGO SCAMBIA, BRENDAN M. O'MALLEY, and JEFFREY R. COLIN. Of counsel on the brief was JOHN E. FLAHERTY, McCarter & English, LLP, of Newark, New Jersey. Of counsel was CHRISTINA A. L. SCHWARZ, Fitzpatrick, Cella, Harper & Scinto, of New York, New York.

ERIC H. WEISBLATT, Wiley Rein LLP, of Washington, DC, argued for defendant-cross appellant, Impax Laboratories, Inc. With him on the brief were MARK A. PACELLA, ROBERT J. SCHEFFEL, LUCY M. STARK and ADRIENNE G. JOHNSON. Of counsel was MICHAEL E. PATUNAS, LITE DEPALMA, Greenberg & Rivas, LLC, of Newark, New Jersey.

LARRY L. SHATZER, Wilson Sonsini Goodrich & Rosati, PC, of Washington, DC, argued for defendants-cross appellants, Mylan Pharmaceuticals Inc., et al. With him on the brief were SHAUN R. SNADER; and JOSHUA MACK, of San Diego, California; and TUNG ON KONG, of San Francisco, California. Of counsel on the brief was ARNOLD B. CALMANN, Saiber, LLC, of Newark, New Jersey.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* DYK and O'MALLEY, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 7, 2012 _____ /s/ Jan Horbaly _____
Date                 Jan Horbaly
                     Clerk